Thomas P. CHOTTA, Claimant–
Appellant,

v.

Eric K. SHINSEKI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2009–7135.

United States Court of Appeals,
Federal Circuit.

Sept. 13, 2010.

### ORDER

The court considers whether the stay of briefing should be lifted.

This appeal was stayed pending disposition of *Snyder v. Shinseki*, 2009–7102. On February 5, 2010, the court issued a decision in 2009–7102 affirming the decision of the United States Court of Appeals for Veterans Claims.

Upon consideration thereof,

IT IS ORDERED THAT:

The stay of briefing is lifted. Chotta's brief is due within 30 days of the date of filing of this order.